# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MILLENNIUM FUNDING, INC., HUNTER KILLER PRODUCTIONS, INC. and VOLTAGE HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SMR HOSTING LLC, DAVID COX, and DOES 1-100,<br><br>    Defendants. | Case No.: 2:21-cv-10490<br><br>**INDEX OF EXHIBITS** |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | List of Plaintiffs' Works and Copyright Registration Numbers |
| 2 | Captures infringements at IP address 108.61.128.241 |
| 3 | Notice of Infringement sent to Choopa |

20-023DBa